SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Anthony J. Musante (SBN 252097)
amusante@seyfarth.com
400 Capitol Mall Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
TARGET CORPORATION

Jay S. Rothman, Esq.
Jay S. Rothman & Associates
21900 Burbank Boulevard, Suite 210
Woodland Hills, CA 91367
Telephone: (818) 986-7870
Facsimile: (818) 990-3019

Attorney for Plaintiff
VINCENT MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No. 1:12-CV-01708-LJO-BAM<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING CONFERENCE ORDER TO STAY PROCEEDINGS PURSUANT TO THE SERVICE MEMBERS CIVIL RELIEF ACT** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rule 240, the Court's Pretrial Scheduling Order, and 50 USCS Appx § 522 Plaintiff Vincent Miller and Defendant Target Corporation ("Defendant") hereby submit this Stipulation and [Proposed] Order to Modify the Pretrial Scheduling Order to stay proceedings.

1 | Plaintiff alleges that his employment was terminated in violation of USERRA.  On
2 | February 5, 2013, this Court issued a Scheduling Conference Order in this matter.  Pursuant to the
3 | Order, discovery cut-off was set for August 8, 2013 and a pretrial motion deadline was set for
4 | October 4, 2013.  Since the Scheduling Order was issued, Plaintiff Vincent Miller has been
5 | deployed to Afghanistan and is unavailable to respond to discovery requests.  Accordingly, the
6 | parties seek a modification of the Pretrial Scheduling Order to stay proceedings until Plaintiff
7 | returns and can fully engage in discovery.  Further, the parties propose that a further Scheduling
8 | Conference be scheduled following Plaintiff's return from Afghanistan at the time of the lifting of
9 | the stay.

10 | This Court has the authority to stay the proceedings pursuant to 50 USCS Appx
11 | §522(b)(1).  The conditions for the stay are met because since instituting this proceeding Plaintiff
12 | has been deployed to Afghanistan.  His deployment materially affects his ability to appear and
13 | respond to Defendant's discovery requests.  Plaintiff will be available to appear and respond on or
14 | around March 2014, when he returns from deployment.  Plaintiff agrees to submit a
15 | correspondence from his commanding officer stating that his current military duty prevents his
16 | appearance at this time because he has been deployed to Afghanistan, and noting his expected
17 | date of return, pursuant to 50 USCS Appx §522(b)(1).

**IT IS STIPULATED AS FOLLOWS:**

The Pretrial Scheduling Order shall be modified to stay all proceedings until such time as Plaintiff has returned from Afghanistan.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: July 17, 2013 | SEYFARTH SHAW LLP |
| | By:  /s/ |
| |     Laura Maechtlen |
| |     Anthony J. Musante |
| | Attorneys for Defendant |
| | TARGET CORPORATION |
| Dated: July 17, 2013 | JAY S. ROTHMAN & ASSOCIATES |
| | By:  /s/ |
| |     Jay S. Rothman |
| | Attorneys for Plaintiff |
| | VINCENT MILLER |

### ORDER

Having considered the Stipulation of the parties (Doc. 14), and for good cause shown, the Court HEREBY STAYS this action. All pending dates and deadlines are VACATED. The Court sets a Status Conference for March 25, 2014, at 9:00 AM, in Courtroom 8, before United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **July 18, 2013**               /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE