UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MILLER, | Case No. 1: 12-cv-01708-BAM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

Based on the Stipulation of the parties (Doc. 16), this action is dismissed in its entirety, with prejudice, and without costs.

IT IS SO ORDERED.

Dated:  **January 30, 2014**          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

1